**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF I.A.I.R. | : | No. 116 MAL 2019 |
| | : | |
| | : | |
| | : | |
| PETITION OF: H.R., FATHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.